# United States Bankruptcy Court

__Northern__ **District of** ____Illinois____

In re: Gina P. Dunlap                          Case No. _____ 11 B 16117 _____
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ 74.75 _____ on or before May 13, 2011

    $ 74.75 _____ on or before June 14, 2011

    $ 74.75 _____ on or before July 14, 2011

    $ 74.75 _____ on or before August 12, 2011

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ : AM/PM _____.
                            (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: April 18, 2011

                                *Pamela S Hollis*
                                United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   11 B 16117
Case Name:     Gina P. Dunlap

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable
Pamela S. Hollis, do hereby certify that on the 18th day of
April, 2011, I caused to be served via the Court's Electronic
Notification or via First Class mail **(\*\*)** a true and correct copy
of:

Order Denying Debtor's Application For Waiver Of The Chapter 7
Filing Fee Dated April 18, 2011 to each of the following named
individuals:

**Gina P. Dunlap (\*\*)**
1800 South Crescent Avenue
Park Ridge, Illinois 60068

**Barry A. Chatz**
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, Illinois 60606

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Shenitha Burton
Relief Courtroom Deputy